4 A.3d 125

IN THE MATTER OF WILLIAM H. OLIVER, AN ATTORNEY
AT LAW (ATTORNEY NO. 281531972).

September 10, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–038, concluding that **WILLIAM H. OLIVER** of **NEPTUNE,** who was admitted to the bar of this State in 1972, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 1.15(b) (failure to promptly deliver funds the client is entitled to receive), and good cause appearing;

It is ORDERED that **WILLIAM H. OLIVER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.